⊗AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
            Sheet 1

FILED

# UNITED STATES DISTRICT COURT

11 JUN 29 PM 12: 50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| SOUTHERN | District of | CALIFORNIA |

UNITED STATES OF AMERICA
V.
ROSHAJA LAMONT HARVEY (1)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 95CR2095-IEG

BRANDON M. LEBLANC, Federal Defenders, Inc.
Defendant's Attorney

REGISTRATION No. 46867198

THE DEFENDANT:
☐ admitted guilt to violation of allegation(s) No. _____
☒ was found in violation of allegation(s) No. 1 and 2 _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense. |
| 2 | Unlawful use of controlled substance. |

__Supervised Release__  is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

June 27, 2011
Date of Imposition of Sentence

HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

95CR2095-IEG

AO 245B   (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: ROSHAJA LAMONT HARVEY (1)
CASE NUMBER: 95CR2095-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 Months.

[x] The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to an institution in Southern California.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
   as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _____
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

95CR2095-IEG